IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICKA SHIRLEY GALLEGO, ) | Case No. 16-cv-02720-EMC |
| ) | |
| Petitioner, ) | [PROPOSED] ORDER |
| ) | GRANTING CONTINUANCE |
| v. ) | OF CASE MANAGEMENT |
| ) | CONFERENCE |
| DEBORAH JOHNSON, Warden, ) | |
| ) | |
| Respondent. ) | |

GOOD CAUSE APPEARING, it is ordered that the Case Management Conference be continued from December 22, 2016 at 9:30 a.m. to March 23, 2016 at 9:30 a.m.

DATED:    12/20/2016

_____
Edward M. Chen, District Judge

IT IS SO ORDERED
Judge Edward M. Chen