1
2
3
4
5
6
7
8
9
10

# IN THE UNITED STATES DISTRICT COURT

11

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  ERICKA SHIRLEY GALLEGO,                    )   Case No. 16-cv-02720-EMC
                                             )
14              Petitioner,                   )   [PROPOSED] ORDER
                                             )   TAKING CASE
15                                            )   MANAGEMENT
16      v.                                    )   CONFERENCE OFF
                                             )   CALENDAR
17  DEBORAH JOHNSON, Warden,                  )
                                             )
18                                            )
19              Respondent.                   )
                                             )
20  _____      )

21          GOOD CAUSE APPEARING, it is ordered that the Case

22  Management Conference set for March 23, 2017 at 9:30 a.m. be taken

23  off calendar.

24
    DATED:    3/20/2017
25

26          _____
            Edward M. Chen, District Judge
27

28

IT IS SO ORDERED

Judge Edward M. Chen